IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LETRAEL MOORE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-3471

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Letrael Moore, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, RAY, and OSTERHAUS, JJ., CONCUR.